UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
REGINALD DENIS

                          Plaintiff,

-against-

HOME DEPOT,

                          Defendant.
------------------------------------------------------------------X

Case No.: 2:10-cv-03227 (ADS)(WDW)

**NOTICE OF MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that upon the Declaration of Regina L. Darby, Esq., a member of the Law Offices of Regina L. Darby, P.C., attorneys for plaintiff Reginald Denis, sworn to on the 6th day of June, 2014, the annexed Exhibits "A" through "FF", a supporting Memorandum of Law dated June 6, 2014, the undersigned will move this Court pursuant to Federal Rule of Civil Procedure 15(a)(2), at Courtroom 1020 at the United States District Court located at 100 Federal Plaza, Central Islip, New York, for an order granting plaintiff Reginald Denis leave to amend the complaint to add punitive damages as against defendant Home Depot and for such other and further relief as the Court deems just and proper.

Pursuant to the briefing schedule agreed upon by counsel for the respective parties hereto, answering declarations are required to be served upon the undersigned no later than the 20th day of June, 2014 and reply declarations are required to be served upon defendants no later than the 27th day of June, 2014.

Dated: New York, New York
         June 6, 2011

LAW OFFICE OF REGINA L. DARBY

By: *[signature]*
Regina L. Darby, Esq.
*Attorneys for Plaintiff Reginald Denis*
111 John Street, Suite 800
New York, New York 10038
(212) 480-3236

TO:  Thomas W. Comer, Esq.
D'Amato & Lynch, LLP
*Attorneys for Defendant Home Depot*
Two World Financial Center
New York, New York 10281
(212) 909-2061