# THE LAW OFFICES OF REGINA L. DARBY

111 JOHN STREET, SUITE 800
NEW YORK, NEW YORK 10038
PH: 212 480-3236
FAX: 212 480-3292
JACLYN@REGINADARBY.COM

REGINA L. DARBY
JACLYN L. DAR CONTE
ANTHONY LOMAN

OF COUNSEL
JOHN CHANG

June 6, 2014

**VIA ECF**
Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
P.O. Box 9014
Central Islip, New York 11722

                **Re: Reginald Denis v. Home Depot**
                **Civ. No.: 10-3227(ADS)(WDW)**

Dear Judge Spatt:

    This firm represents the plaintiff, Reginald Denis, in the above referenced matter.

    I write to request a date for oral argument of plaintiff's motion for leave to amend the complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. The parties consented to the following briefing schedule for said motion: Plaintiff's moving papers are to be served on June 6, 2014, Defendant's opposition is to be served on June 20, 2014 and Plaintiff's reply is to be served on June 27, 2014.

    Should the court grant plaintiff's request, plaintiff respectfully requests that the oral argument be scheduled on or before July 7, 2014.

    Thank you for your attention to this matter. Please do not hesitate to contact our office.

                                          Very truly yours,

                                          Jaclyn L. Dar Conte

CC:    <u>VIA EMAIL</u>
D'Amato & Lynch
ATTN: Thomas Comer, Esq. (tcomer@damato-lynch.com)
Two World Financial Center
New York, New York 10281