UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------

REGINALD DENIS,

                    Plaintiffs,

  - against -

HOME DEPOT,

                    Defendants.

------------------------------------------------------------------

Civ. NO. 10-3227 (ADS)(WDW)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK:
                    ss.:
COUNTY OF NEW YORK:

    I, Nafeeza Subhan, being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

    On June 6, 2014, I served a true copy of the annexed **NOTICE OF MOTION FOR LEAVE TO AMEND THE COMPLAINT, ATTORNEY DECLARATION IN SUPPORT WITH EXHIBITS AND MEMORANDUM OF LAW IN SUPPORT AND LETTER REQUESTING ORAL ARGUMENT ON PLAINTIFF'S MOTION** by mailing same in a sealed envelope, with postage prepaid thereon, and depositing same in a post office or official depository of the United States Postal Service within the State of New York, address to the last known address of the addressee as indicated below:

D'AMATO & LYNCH, LLP
*Attorneys for Defendant* HOME DEPOT
Two World Financial Center
New York, New York 10005

_____
Nafeeza Subhan

Sworn to before me this 6th
day of June, 2014.

_____
NOTARY PUBLIC

Jaclyn L. DarConte
Notary Public, State of New York
Registration #02DA6248004
Qualified In Nassau County
Commission Expires September 6, 20 15